## Gilbert Nyman, Plaintiff-Appellant, v. Leroy Barber, Defendant-Appellee.

Gen. No. 11,470.

Second District, Second Division.

May 16, 1961.

Rehearing denied June 7, 1961.

Perona & Perona, for appellant; L. D. Spaulding, Jr., for appellee. Opinion by JUDGE CROW. **Not to be published in full.**